**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH
SEP 27 2021
Superior Court
of the District of Columbia
Washington, D.C.

Case No. 2021 3424

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF:** Quinzella Jenkins
**Address:** 3829 Saint Barnabas
**City/State/Zip:** Suitland MD 20746
**Telephone:** (202) 910-9550
**Email:** quinzella43@gmail.com

vs

**DEFENDANT:** Unity Health / Anne Depasquale
**Address:** 3946 Minnesota Ave
**City/State/Zip:** Washington DC 20019
**Telephone:** (202) 398-8683

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I had a follow-up from the hospital on 8-21-2019. I was still sick for my physical on 8-23-2019. I called 911 on 9-10-2019 they told me to go to my primary care doctor where they refused to treat me, they told me to go to the hospital and tell them (to give me emergency)

2. What relief are you requesting from the Court? Include any request for money damages.

Im requesting $500,000 for pain and suffering. I had bilateral kidney stones and a UTI that the kidney doctor treated me for.
- Unity Health Care Minnesota Ave didn't even take blood or urine they left me bent over in pain

Form CA-3074 [Rev. Nov. 2017]   Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

- they didnt take my urine
- they didnt draw blood
- they didnt treat me like 911 told me to come there
- they disregarded the 911 call directing me to the facility

**SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*[signature]*
**SIGNATURE**

9-27-2021
**DATE**

Subscribed and sworn to before me this _____ day of _____, 20____.

_____
(Notary Public/Deputy Clerk)

2



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010  www.dccourts.gov

## OTHER CIRCUMSTANCES

8. Explain any special circumstances that you want the judge to consider in support of your request, including any child support orders, large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

_____

_____

_____

## DECLARATION

I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.



_Cupsella Epcins_
Signature

3829 Saint Barnabas Rd #204
Address Line 1

Suitland MD 20746
Address Line 2

(202) 910-9550
Phone Number

9-27-2021
Date

## POINTS AND AUTHORITIES

1. D.C. Code § 15-712.
2. D.C. Code § 22-2405.
3. Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4. *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5. *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied*, 400 U.S. 826 (1970) (*"in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6. *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7. *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam)(reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

## INFORMATION SHEET

**2021    3424**

Case Name:

Date:

☐ One of the defendants is being sued in their official capacity.

Name: _____                    Relationship to Lawsuit
                                              ☐ Attorney for Plaintiff
**Quinzella Jenkins**                         ☐ Self (Pro Se)
                                              ☐ Other
**(202) 910-9550**

TYPE OF CASE: ☐ Non-Jury   ☐ 6 Person Jury   ☐ 12 Person Jury
Demand: **$500,000**                          Other:

PENDING CASES RELATED TO THE ACTION BEING FILED
Case No.:              Judge:              Calendar:
Case No.:              Judge:              Calendar:

NATURE OF SUIT:    (Check One Box Only)

### A. CONTRACTS                    COLLECTION CASES

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent     ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance Subrogation                  ☐ 26 Insurance Subrogation
☐ 07 Personal Property              Over $25,000 Pltf. Grants Consent           Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance Subrogation                  ☐ 34 Insurance Subrogation
☐ 15 Special Education Fees         Under $25,000 Pltf. Grants Consent          Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                    Award (Collection Cases Only)

### B. PROPERTY TORTS

☐ 01 Automobile                  ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code

### C. PERSONAL TORTS

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy          ☐ 17 Personal Injury (Not Automobile,
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander                Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference       ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution        ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal            ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical          ☐ 21 Asbestos
☐ 07 False Arrest                ☒ 16 Negligence- (Not Automobile, ☐ 22 Toxic Mass Torts
☐ 08 Fraud                          Not Malpractice)               ☐ 23 Tobacco
                                                                   ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA) (DC Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment Domestic
- ☐ 08 Foreign Judgment International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ DC Code § 2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (DC Code § 42-3301, et seq.)

- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D. REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____   _____
Attorney's Signature              Date

CV-496/ June 2015

Superior Court of the District of Columbia
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Qinzella Jenkins
_____
Plaintiff

vs.

Unity Health
_____
Defendant

Case Number  2021 3424

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Qinzella Jenkins
_____
Name of Plaintiff's Attorney

3829 Saint Barnabas
_____
Address

Suitland MD 20746
_____

(202) 910-9550
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  9/27/2021

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오     የትርጉም እርዳታ ከፈለጉ (202) 879-4828     ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4

Superior Court of the District of Columbia
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Quinzella Jenkins
_____
Plaintiff

vs.

Anne Depasquale
_____
Defendant

Case Number  2021  3424

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Quinzella Jenkins
Name of Plaintiff's Attorney

3829 Saint Barnabas
Address
Suitland MD 20746

(202) 910-9556
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  9/27/2021

如需翻译，请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Dè có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요   ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traduccion al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4